# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00060-CV

**Silicon Hills Campus LLC; WC Hirshfeld Moore, LLC; WC 805-809 East Sixth, LLC; WC 320 Congress, LLC; WC 901 East Cesar Chavez, LLC; WC 1212 East Sixth, LLC; WC 9005 Mountain Ridge, LLC; WC 103 East Fifth, LLC; and WC 422 Congress, LLC, Appellants**

**v.**

**ATX Debt Fund 1, LLC; ATX Debt Fund 2, LLC; Congress Avenue Holdings, LLC; Karlin Real Estate, LLC; Karlin Asset Management, Inc.; Pennybacker Capital, LLC; Congress Avenue Holdings GP, LLC; Congress Avenue Holdings, LP; Karlin Cesar Chavez, LLC; Karlin River Place, LLC; Karlin East Sixth, LLC; Karlin Mountain Ridge, LLC; Karlin Phillips Building, LLC; Karlin 320 Congress, LLC; and Karlin 422 Congress, LLC, Appellees**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-002896, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Silicon Hills Campus LLC; WC Hirshfeld Moore, LLC; WC 805-809 East Sixth, LLC; WC 320 Congress, LLC; WC 901 East Cesar Chavez, LLC; WC 1212 East Sixth, LLC; WC 9005 Mountain Ridge, LLC; WC 103 East Fifth, LLC; and WC 422 Congress, LLC have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). All pending motions are dismissed as moot.

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellants' Motion

Filed:   August 2, 2024